IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY JAMAINE MOORE,
      Plaintiff,

vs.                                    Case No: 3:09cv405/RV/EMT

WALTER McNEAL, et al.,
      Defendants.
_____/

## ORDER

      Plaintiff initiated this action by filing a pro se civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1).  Plaintiff also filed a motion to proceed in forma pauperis (Doc. 2).

      Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion.  For example, in section IV, question 3.c. of Plaintiff's financial affidavit, he states he owns an account at Regions Bank, but he does not indicate the account balance in question 3.b. (Doc. 2 at 2).  Additionally, Plaintiff states in section II that he resides in an apartment <u>that his girlfriend rents</u>, but he lists payment of rent as <u>his</u> financial obligation in section VI, question 4.a. (*id.* at 2–3).  Furthermore, Plaintiff does not indicate how is his able to pay this rent, much less how he is able to sustain himself with food, utilities, and the like, because the only source of income he lists is funds from a family member in the amount of $100.00 every three months, and he indicates that the girlfriend with whom he resides is unemployed (*id.* at 3).  The court cannot accurately assess Plaintiff's financial circumstances from the information he has provided; therefore, his motion to proceed in forma pauperis will be denied without prejudice.  In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application.  If he chooses to submit a new in forma pauperis application, he should explain in section IV, question 7 how he is able to provide

for his basic necessities, so the court has sufficient information upon which to consider his eligibility to proceed in forma pauperis.

Additionally, the court notes that Plaintiff submitted eighty-four (84) pages of exhibits with his complaint (*see* Doc. 1-2, 1-3, 1-4).  Plaintiff is advised that the filing of exhibits as evidentiary support for his complaint is premature and improper.  The court will notify Plaintiff when legal memoranda and exhibits are necessary, such as prior to trial or in conjunction with a motion for summary judgment.  Therefore, the clerk will be directed to return the exhibits to Plaintiff.

Accordingly, it is **ORDERED**:

1.      The clerk of court is directed to send Plaintiff a copy of the forms for non-prisoner pro se parties to request leave to proceed in forma pauperis.  This case number shall be written on the forms.  Additionally, the clerk shall **STRIKE** the exhibits filed with the complaint (Docs. 1-2, 1-3, 1-4) from the electronic file and return them to Plaintiff.

2.      Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status.

3.      Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 18th day of September 2009.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**